UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: JAMES TERREL BRAXTON ) Bankruptcy No.: 13-15810-lbr
) Chapter 7
)
) **ORDER TO SHOW CAUSE WHY**
) **CASE SHOULD NOT BE**
) **DISMISSED FOR FAILURE TO PAY**
) **FILING FEES**
)
Debtor(s). ) Hearing Date: September 11, 2013
) Hearing Time: 9:30 a.m.

The above-named debtor failed to pay the required fee in accordance with 28 U.S.C. Section 1930. (Doc. No. 9 ). The debtor is delinquent in the amount of $ **30.00** ; therefore,

**IT IS ORDERED** that the debtor in the above-entitled case is directed to appear and show cause why this case should not be dismissed for the failure to pay required fees.

The hearing will be held before a United States Bankruptcy Judge, on the 11 day of September, 2013 at the hour of 9:30 a.m., in Courtroom No. 1 of the Foley Federal Building and U.S. Courthouse, 3rd Floor, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

The hearing will not be held, and the case will not be dismissed if payment is received *at least 3 business days* before the scheduled hearing. Payment for any fees due must be in the form of cashier's check, money order, or cash for the exact amount.

DATE: August 7, 2013                           MARY A. SCHOTT, CLERK

                                               Christina Sharkey
                                               Bankruptcy Deputy Clerk

Copies mailed through BNC to all parties

###