Wolfe Thompson, P.S.                                                                   EXHIBIT D
Wolfe Thompson, SBN 6463
6785 S. Eastern Ave. Ste 4
Las Vegas, NV 89119
Telephone: (702) 263-3030
Facsimile: (702) 995-0155
Attorneys for Secured Creditor Nationstar Mortgage, LLC As Servicer for U.S. Bank, National Association, As Successor Trustee to Bank of America, N.A., As Successor to LaSalle Bank, N.A. As Trustee for the Holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-1

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 13-15810-BTB |
| | Chapter 7 |
| JAMES TERREL BRAXTON, | |
| Debtor(s). | [PROPOSED ORDER] ON NATIONSTAR MORTGAGE, LLC As Servicer for U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF THE MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1 |
| | MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | (11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| | Date: February 18, 2014<br>Time: 10:00 AM |

      A hearing on Secured Creditor Nationstar Mortgage, LLC As Servicer for U.S. Bank, National Association, As Successor Trustee to Bank of America, N.A., As Successor to LaSalle Bank, N.A. As Trustee for the Holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-1 Motion for Relief From the Automatic

1

Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce T. Beesley.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 3930 Legend Hills St. Unit 102, Las Vegas NV 89129 ("Real Property")

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale of the Real Property to the Debtor at the address for the Real Property at least 7 calendar days prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to provide 7 days' notice to the Debtor.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

########

APPROVED/DISAPPROVED     APPROVED/DISAPPROVED     APPROVED/DISAPPROVED

_____     _____     _____

DEBTOR(S)     DEBTOR(S) ATTORNEY     TRUSTEE

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☐     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [LIST EACH PARTY AND WHETHER THE PARTY HAS APPROVED, DISAPPROVED, OR FAILED TO RESPOND TO THE DOCUMENT]:

☐     Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐     Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐     Failed to respond. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Submitted by:

Dated: January 14, 2014                                WOLFE THOMPSON, P.S.


By:  /s/ Wolfe Thompson
    Wolfe Thompson, SBN 6463
    6785 S. Eastern Ave. Ste 4
    Las Vegas, NV 89119
    Phone: (702) 263-3030
    Fax: (702) 995-0155
    Attorney for Nationstar Mortgage, LLC
    As Servicer for U.S. Bank, National
    Association, As Successor Trustee to
    Bank of America, N.A., As Successor to
    LaSalle Bank, N.A. As Trustee for the
    Holders of the Merrill Lynch First
    Franklin Mortgage Loan Trust, Mortgage
    Loan Asset-Backed Certificates, Series
    2007-1