WOLFE THOMPSON, P.S.
Wolfe Thompson, SBN 6463
6785 S. Eastern Ave. Ste 4
Las Vegas, NV 89119
Telephone: (702) 263-3030
Facsimile: (702) 995-0155
Attorneys for Secured Creditor Nationstar Mortgage, LLC As Servicer for U.S. Bank, National Association, As Successor Trustee to Bank of America, N.A., As Successor to LaSalle Bank, N.A. As Trustee for the Holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>JAMES TERREL BRAXTON,<br><br>　　　　　　　　　　Debtor(s). | Bankruptcy Case No. 13-15810-BTB<br>Chapter 7<br><br>NATIONSTAR MORTGAGE, LLC MOTION FOR RELIEF FROM AUTOMATIC STAY (11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>Date: February 18, 2014<br>Time: 10:00 AM |

TO:    DEBTOR(S): JAMES TERREL BRAXTON

TO:    ATTORNEY FOR DEBTOR(S): DAVID A. ROSENBERG

TO:    TRUSTEE: DAVID A. ROSENBERG

TO:    ALL PARTIES IN INTEREST

　　　　**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM STAY was filed on January 14, 2014, by Wolfe Thompson, on behalf of Creditor/Movant Nationstar Mortgage, LLC As Servicer for U.S. Bank, National Association, As Successor Trustee to Bank of America, N.A., As Successor to LaSalle Bank, N.A. As Trustee for the Holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-1 so that Movant may avail itself of applicable state law in foreclosing its security interest in the collateral. The real property is located at: 4853 WHITE ASPEN AVE, LAS VEGAS NV, 89130. The motion seeks relief from stay on real property presently in possession of the Debtor herein. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14*

*days* prior to the Hearing on Motion for Relief From Automatic Stay. If the hearing date has been set on less than 14 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - The court may refuse to allow you to speak at the scheduled hearing, and
> - The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the 333 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NV 89101 on February 18, 2014, at the hour of <u>10:00 A.M</u>.

Dated: January 14, 2014

WOLFE THOMPSON, P.S.

By: /s/ Wolfe Thompson
Wolfe Thompson, SBN 6463
6785 S. Eastern Ave. Ste 4
Las Vegas, NV 89119
Phone: (702) 263-3030
Fax: (702) 995-0155
Attorney for Nationstar Mortgage, LLC
As Servicer for U.S. Bank, National Association, As Successor Trustee to Bank of America, N.A., As Successor to LaSalle Bank, N.A. As Trustee for the Holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-1