Wolfe Thompson, P.S.
Wolfe Thompson, SBN 6463
6785 S. Eastern Ave. Ste 4
Las Vegas, NV 89119
Telephone: (702) 263-3030
Facsimile: (702) 995-0155
Attorneys for Secured Creditor Nationstar Mortgage, LLC As Servicer for U.S. Bank, National Association, As Successor Trustee to Bank of America, N.A., As Successor to LaSalle Bank, N.A. As Trustee for the Holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>JAMES TERREL BRAXTON,<br><br>      Debtor. | Bankruptcy Case No. 13-15810-BTB<br>Chapter 7<br><br>**CERTIFICATE OF MAILING** |

  I, the undersigned, certify under penalty of perjury pursuant to 11 U.S.C. Sec. 1746 that on <u>January 14, 2014</u>, I electronically filed the foregoing Motion For Relief from Automatic Stay, Notice of Motion and Proposed Order with respect to Debtor's property at 3939 Legend Hills St. United 102, Las Vegas NV 89129, with the United States Bankruptcy Court for the District of Nevada by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system or were served through the United States Mail, postage prepaid, in envelopes addressed as follows:

DEBTOR
JAMES TERREL BRAXTON
4853 WHITE ASPEN AVE
LAS VEGAS, NV 89130

ATTORNEY FOR DEBTOR
DAVID A. ROSENBERG
5030 PARADISE RD, #B-215
LAS VEGAS, NV 89119

TRUSTEE
DAVID A. ROSENBERG
5030 PARADISE RD, #B-215
LAS VEGAS, NV 89119

1

U.S. TRUSTEE
U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.,
SUITE 4300
LAS VEGAS, NV 89101


Dated: January 14, 2014                          WOLFE THOMPSON, P.S.

                                             By:   /s/ Wolfe Thompson
                                                  Wolfe Thompson, SBN 6463
                                                  6785 S. Eastern Ave. Ste 4
                                                  Las Vegas, NV 89119
                                                  Phone: (702) 263-3030
                                                  Fax: (702) 995-0155
                                                  Attorney for Nationstar Mortgage, LLC
                                                  As Servicer for U.S. Bank, National
                                                  Association, As Successor Trustee to
                                                  Bank of America, N.A., As Successor to
                                                  LaSalle Bank, N.A. As Trustee for the
                                                  Holders of the Merrill Lynch First
                                                  Franklin Mortgage Loan Trust, Mortgage
                                                  Loan Asset-Backed Certificates, Series
                                                  2007-1