# EXHIBIT 1

Case 13-15810-btb    Doc 54-1    Entered 07/16/14 16:06:59    Page 1 of 4

**Nevada Association Services**
6224 W. Desert Inn Road, Suite A
Las Vegas, NV 89146
Phone: (702) 804-8885
Fax: (702) 804-8887
Toll Free: (888) 627-5544

May 28, 2014

Stewart Title

RE: 3930 Legend Hills Street #102
Legends Maintenance Corporation / James Braxton
NAS # N60537

**PLEASE TAKE NOTICE THAT OUR FORM HAS CHANGED. THIS FORM REFLECTS THE BALANCE OWED TO DATE PLUS THE APPLICABLE CHARGES ASSOCIATED WITH THE SALE OF THIS PROPERTY. THE ITEMIZED ACCOUNTING BREAKDOWN ON THE NEXT PAGE IS FOR INFORMATIONAL PURPOSES ONLY AS IT DOES NOT INCLUDE CHARGES DUE TO THE HOA FOR THE TRANSFER OF OWNERSHIP.**

In response to your request for payoff amount on the above referenced matter, the following is a demand for payoff.

| Item | Amount | Item | Amount |
|---|---|---|---|
| Total Assessments Due | $8,212.00 | Recording Costs | $81.00 |
| Total Late Fees Due | $1,300.00 | Intent to Notice of Default | $75.00 |
| Interest Due | $1,720.97 | Escrow Demand Fee (2) | $300.00 |
| HOA/Mgmt Letter | $50.00 | EcrowRush Fee | $100.00 |
| Management Co. Fee/ Admin Fee | $50.00 | Notice of Default Fees | $400.00 |
| Demand Letter | $135.00 | Title Report | $400.00 |
| Notice of Rescission | $30.00 | Notice of Sale Fee | $250.00 |
| Notice of Delinquent Assessment Lien/Violations Lien | $325.00 | Posting & Publication Cost | $0.00 |
| Release of Notice of Delinquent Assessment Lien/Violations Lien | $30.00 | Publication Cost | $346.67 |
| Mailing Costs | $86.25 | E-recording Cost | $10.00 |
| Mailing Fees | $60.00 | Posting & Serving Service Cost | $75.00 |
| Mailing-Walz 2014 Costs | $0.00 | Postponement of Sale | $225.00 |
| Mailing-Walz 2014 Fees | $0.00 | Conduct Foreclosure Sale | $125.00 |
| Mailing-PB 2014 Costs | $0.00 | Misc: Attny - Huston, p.c. | $376.00 |
| Mailing-PB 2014 Fees | $0.00 | Payments/Credits | ($105.00) |
| | | **If paid prior to escrow:** | **$14,657.89** |

If the property is to be paid through escrow and is changing ownership the following items are to be added:

| | |
|---|---|
| Account Set Up Fee | $175.00 |
| **Total to be paid at close of escrow:** | **$14,832.89** |

**This demand will expire on June 20 2014. This demand may not include all management company transfer or document preparation fees, or other fees and costs. You must contact the management company directly for these additional amounts.**

**PLEASE PROVIDE NAS WITH A COPY OF THE DEED AT CLOSING.
DEED DOES NEED TO BE RECORDED.**

Sincerely,
Autumn Fesel

Nevada Association Services, Inc. is a debt collector. Nevada Association Services, Inc. is attempting to collect a debt. Any information obtained will be used for that purpose.

Nevada Association Services, Inc. is a debt collector.  Nevada Association Services, Inc. is attempting to collect a debt.  Any information obtained will be used for that purpose.

**Braxton, James**     **Legends Maintenance Corporation**     Page 4 of 4
3930 Legend Hills Street #102     Account No.: 57643
NAS #N60537

Case 13-15810-btb    Doc 54-1    Entered 07/16/14 16:06:59

**Assessments, Late Fees, Interest,**
**Attorneys Fees & Collection Costs**

| | Qty | Monthly Present Rate | Monthly Prior Rate | CURRENT NAS FEES | TOTAL NAS COSTS |
|---|---|---|---|---|---|
| Dates of Delinquency: | | 1/1/2011 | 3/1/2010 | 3/1/2010 | 3/1/2010 |
| 03/01/2010-6/20/2014 | | 6/20/2014 | 12/31/2010 | 6/20/2014 | 6/20/2014 |
| Balance Forward | | 0.00 | 0.00 | 0.00 | 0.00 |
| Assessment Amount | | 161.00 | 145.00 | 0.00 | 0.00 |
| No. of Periods Delinquent | | 42 | 10 | 0 | 0 |
| Total Assessments Due | | 6762.00 | 1450.00 | 0.00 | 0.00 |
| Late fee amount | | 25.00 | 25.00 | 0.00 | 0.00 |
| No. of Periods Late Fees Incurred | | 42 | 10 | 0 | 0 |
| Total Late Fees Due | | 1050.00 | 250.00 | 0.00 | 0.00 |
| Interest Due | | 1695.70 | 25.27 | 0.00 | 0.00 |
| HOA/Mgmt Letter | | 0.00 | 50.00 | 0.00 | 0.00 |
| Management Co. Fee/ Admin Fee | | 0.00 | 50.00 | 0.00 | 0.00 |
| Account Set Up Fee | | 0.00 | 0.00 | 0.00 | 0.00 |
| Demand Letter | | 0.00 | 0.00 | 135.00 | 0.00 |
| Notice of Rescission | | 0.00 | 0.00 | 30.00 | 0.00 |
| Notice of Delinquent Assessment Lien/Violations Lien | | 0.00 | 0.00 | 325.00 | 0.00 |
| Release of Notice of Delinquent Assessment Lien/Violations Lien | | 0.00 | 0.00 | 30.00 | 0.00 |
| Mailing | | 0.00 | 0.00 | 60.00 | 86.25 |
| Mailing-Walz 2014 | | 0.00 | 0.00 | 0.00 | 0.00 |
| Mailing-PB 2014 | | 0.00 | 0.00 | 0.00 | 0.00 |
| Recording Costs | | 0.00 | 0.00 | 0.00 | 81.00 |
| Intent to Notice of Default | | 0.00 | 0.00 | 75.00 | 0.00 |
| Payment Plan Fee | | 0.00 | 0.00 | 0.00 | 0.00 |
| Payment Plan Breach Letters | | 0.00 | 0.00 | 0.00 | 0.00 |
| Escrow Demand Fee | 2 | 0.00 | 0.00 | 300.00 | 0.00 |
| EcrowRush Fee | | 0.00 | 0.00 | 100.00 | 0.00 |
| Notice of Default Fees | | 0.00 | 0.00 | 400.00 | 0.00 |
| Title Report | | 0.00 | 0.00 | 0.00 | 400.00 |
| Property Report | | 0.00 | 0.00 | 0.00 | 0.00 |
| Notice of Sale Fee | | 0.00 | 0.00 | 250.00 | 0.00 |
| Posting & Publication Cost | | 0.00 | 0.00 | 0.00 | 0.00 |
| Publication Cost | | 0.00 | 0.00 | 0.00 | 346.67 |
| E-recording Cost | | 0.00 | 0.00 | 0.00 | 10.00 |
| Posting & Serving Service Cost | | 0.00 | 0.00 | 0.00 | 75.00 |
| Courier | | 0.00 | 0.00 | 0.00 | 0.00 |
| Postponement of Sale | | 0.00 | 0.00 | 225.00 | 0.00 |
| Conduct Foreclosure Sale | | 0.00 | 0.00 | 125.00 | 0.00 |
| Prepare/Record Deed | | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Transfer Tax | | 0.00 | 0.00 | 0.00 | 0.00 |
| Misc: Attny - Huston, p.c. | | 0.00 | 0.00 | 0.00 | 376.00 |
| Subtotals | | $9507.70 | $1825.27 | $2055.00 | $1374.92 |

| | | | | **Payment Credits** | **Amount** |
|---|---|---|---|---|---|
| | | | | Assessments/Violations | (0.00) |
| | | | | Interest | (0.00) |
| | | | | Late charges | (0.00) |
| | | | | Management Co | (0.00) |
| **Credit** | **Date** | **Type** | **Amount** | NAS Fees | (0.00) |
| Reduc. per Reg. | 5/28/2014 | NAS Fees | (105.00) | NAS Costs | (0.00) |
| | | | (0.00) | | |
| | | | | **PAYMENTS TOTAL** | 0.00 |
| **OTHER CREDITS** | | | (105.00) | | |
| **TOTAL** | | | | **TOTAL** | 14657.89 |

Nevada Association Services, Inc. is a debt collector. Nevada Association Services, Inc. is attempting to collect a debt. Any information obtained will be used for that purpose.