|   |   |
|---|---|
| 1 | Name of Attorney/Pro Se Debtor(s) __James Braxton__ |
|   | Bar # |
| 2 | Address __29618 Arroyo Drive__ |
|   | __Irvine, CA 92617__ |
| 3 | Phone # __702-303-2597__ |
|   | e-mail address __Jbraxton01@yahoo.com__ |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: James Braxton )  Bankruptcy No.: 13-15810-btb
      )  Chapter __7__
      )  Trustee: David Rosenberg
   Debtor. )
      )  **CHANGE OF ADDRESS OF:**
      )  (✓) **DEBTOR**
      )  ( ) **CREDITOR**
      )  ( ) **OTHER**

**Please check one of the following:**

☑ The change of address is applicable only in the above captioned case.

☐ The change of address is **also applicable** in the following related **adversary and bankruptcy cases**: *(please list the case numbers)*

_____.

I request that notice be sent to the following address: (please print)

__JAMES BRAXTON__
Name

__29618 ARROYO DRIVE__
Address

__Irvine__        __CA__        __92617__
City            State         Zip Code

DATE: __8/8/2014__                    /s/ James Braxton
                                        SIGNATURE

NV_4002(ChangeofAddress_DB02-13).wpd