_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**August 29, 2014**

DAVID A. ROSENBERG
Nevada Bar No. 10738
U.S. BANKRUPTCY TRUSTEE
5030 Paradise RD., #B-215
Las Vegas, NV 89119
Telephone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In RE:<br><br>**JAMES TERREL BRAXTON,**<br><br><br>Debtor. | Case No.: BK-S-13-15810 BTB<br>IN PROCEEDINGS UNDER CHAPTER 7<br>**ORDER GRANTING:**<br>*MOTION SEEKING AUTHORIZATION TO DISTRIBUTE NET PROCEEDS FROM SALE PURSUANT TO § 725 - REAL PROPERTY*<br>**[3930 LEGEND HILLS STREET #102, LAS VEGAS, NV 89129]**<br>**DATE**: August 21, 2014<br>**TIME**: 11:00 a.m. |

On August 21, 2014, a hearing was held before the Honorable Bruce T. Beesley, Bankruptcy Court Judge, District of Nevada, in the above-captioned chapter 7 case upon the Trustee's *Motion Seeking Authorization to Distribute Net Proceeds From Sale Pursuant to § 725 - Real Property Located At 3930 Legend Hills Street #102, Las Vegas, NV 89129* ("Motion"). There appearing no opposition as set forth in the recorded transcript of the hearing on the Motion, having given due consideration to the Motion, and good cause appearing therefore,

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Trustee's Motion to distribute the $68,025.02 of the Sale Proceeds is GRANTED.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that;

A)    The Trustee is authorized to distribute $14,657.89 to Nevada Association Services, Inc. on behalf of Legends Maintenance Corporation; and

B)    Trustee is authorized to distribute $53,367.13 to Nationstar Mortgage, LLC as servicer for U.S. Bank, National Association, as successor Trustee to Bank of America, N.A., as successor to LaSalle Bank, N.A., as Trustee for the holders of the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-1.

**DATED**: Wednesday, August 27, 2014.              Respectfully Submitted by:

  */s/ David A. Rosenberg*
 DAVID A. ROSENBERG
 **US BANKRUPTCY TRUSTEE**

**ALTERNATIVE METHOD RE: RULE 9021**

\_\_\_\_\_    The Court has waived the requirement of approval under L.R. 9021.

__x__    No parties appeared of filed written objections, and there is no other Trustee appointed in the case.

\_\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any Trustee appointed in this case, and each has approved or disapproved this order, or failed to respond, as indicated below: