

Valerie Del Grosso, Esq. <valerie@delgrossolaw.com>

## Fwd: 3930 Legend Hills #102
1 message

**Valerie Del Grosso** <valdelgrosso@gmail.com>     Fri, Oct 17, 2014 at 2:43 PM
To: valerie@delgrossolaw.com

---------- Forwarded message ----------
From: <dom_delgrosso@yahoo.com>
Date: Mon, Oct 13, 2014 at 12:39 PM
Subject: Fwd: 3930 Legend Hills #102
To: Valeriee <valdelgrosso@gmail.com>


Dom
Vegas International Properties
702-371-0686 (text for fastest response)


Begin forwarded message:

> **From:** "Mathew Kane" <mathew.kane@7trustee.net>
> **Date:** October 13, 2014 at 11:04:04 AM PDT
> **To:** <dom_delgrosso@yahoo.com>
> **Cc:** "'Myume Molina'" <myume.molina@stewart.com>
> **Subject: RE: 3930 Legend Hills #102**
>
> Dom,
>
> I just checked and our system shows the checks to Nationstar and NAS have cleared.
>
> Let me know if you have any other questions.
>
> Thanks,
>
> Mathew Kane
>
> Assistant to David A. Rosenberg
>
> US BANKRUPTCY TRUSTEE
>
> 5030 Paradise Rd., #B-215

Las Vegas, NV 89119

Phone: (702) 405-7312

Facsimile: (702) 947-2244

Email: mathew.kane@7trustee.net

---

**From:** dom_delgrosso@yahoo.com [mailto:dom_delgrosso@yahoo.com]
**Sent:** Tuesday, October 07, 2014 10:29 AM
**To:** Mathew Kane
**Cc:** Myume Molina
**Subject:** Re: 3930 Legend Hills #102

Hi Mathew,

I wanted to check in and see if you've had any luck with backing off Nationstar and if their checked has cleared and also NAS check, keep me posted, thanks so much

Dom

Dom
702-371-0686 (text for quickest response)