Valerie Del Grosso, Esq.
NV Bar No. 11103
Del Grosso Law, Ltd.
11426 Ogden Mills Drive #101
Las Vegas, NV 89135
702-900-1470
Valerie@DelGrossoLaw.com
Attorney for Phoenix Las Vegas
   Realty Partners, No. 2, LLP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re James Terrel Braxton,<br><br>             Debtor. | Case No.: BK-S-13-15810-BTB<br>Chapter 7<br><br>**NOTICE OF HEARING ON MOTION TO ENFORCE ORDER SELLING PROPERTY FREE AND CLEAR OF ALL LIENS AGAINST NATIONSTAR MORTGAGE and to SET HEARING TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>**Hearing date: November 25, 2014**<br>**Hearing time: 1:30 p.m.** |

**NOTICE IS HEREBY GIVEN** that a Motion to Enforce Order Selling Property Free and Clear of All Liens Against Nationstar Mortgage and to Set Hearing to Show Cause for Failure to Comply with Court Order was filed on October 20, 2014, by counsel for Interested Party Phoenix Las Vegas Realty Partners, No. 2, LLP. The Motion seeks an Order of this Court for Nationstar Mortgage, through its trustee Clear Recon Corp., to show cause as to why its recordings on title of estate property sold free and clear

- 1

of liens have not been removed pursuant to a demand for the same. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

**IF YOU OBJECT** to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

**IF YOU DO NOT** file a written response to the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may refuse to allow you to speak at the scheduled hearing; and
- The Court may rule against you without formally calling the matter at hearing.

- 2

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Court Judge, in the Foley Federal Building, 300 S. Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 4, Las Vegas, Nevada 89101, on November 25, 2014 at 1:30 p.m.

Submitted this 21s$^{t}$ day of October, 2014.

/s/ Valerie Del Grosso, Esq.
Valerie Del Grosso, Esq.
Del Grosso Law, Ltd.
Attorney for Phoenix Las Vegas Realty Partners, No. 2, LLP