```
PITE DUNCAN, LLP
LAUREL I. HANDLEY (NV Bar #9576)
KRISTA J. NIELSON (NV Bar #10698)
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 991-4630
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

Attorneys for CLEAR RECON CORP.
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JAMES TERREL BRAXTON,<br><br>Debtor. | Case No. BK-S-13-15810-BTB<br>Chapter 7<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE ORDER SELLING PROPERTY FREE AND CLEAR OF ALL LIENS AGAINST NATIONSTAR MORTGAGE and to SET HEARING TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>Hearing Date: December 9, 2014<br>Hearing Time: 1:30 p.m. |

Clear Recon Corp., and Interested Party, Phoenix Las Vegas Realty Partners No. 2, LLP (hereinafter "Phoenix"), by and through their respective counsel of record hereby agree to the following Stipulation to Continue the hearing on Phoenix's Motion to Enforce Order Selling Property Free and Clear of All Liens Against Nationstar Mortgage and to Set Hearing to Show Cause for Failure to Comply with Court Order [Dkt. 61] in regard to the Real Property commonly described as 3930 Legend Hills Street, Unit 102, Las Vegas, Nevada 89129 (hereinafter the "Real Property"). In support of the Stipulation the parties represent as follows:

1. The parties have agreed to a continuance of the hearing on the Motion to Enforce Order Selling Property Free and Clear of Liens to a date at the Court's earliest convenience so that the parties may attempt to resolve the underlying issues; and

- 1 -

2. Counsel for Phoenix is unavailable to appear, in person, through January 13, 2015, but is available to appear telephonically on any date prior to January 13, 2015, should the Court wish to continue the hearing to a date before January 20, 2015..

## STIPULATION

Based upon the foregoing representations, the parties stipulate that the hearing on the Motion to Enforce Order Selling Property Free and Clear of Liens, currently scheduled for December 9, 2014, at 1:30 p.m., be continued to January 20, 2015, at 1:30 p.m.

IT IS SO STIPULATED:                    PITE DUNCAN, LLP

Dated: 12/3/14                          By: _____
                                        LAUREL I. HANDLEY
                                        KRISTA J. NIELSON
                                        Attorney for CLEAR RECON CORP.

                                        DEL GROSSO LAW, LTD.

Dated: 12/3/2014                        By: /s/ Valerie L. Del Grosso
                                        VALERIE L. DEL GROSSO
                                        Attorney for PHOENIX LAS VEGAS REALTY
                                        PARTNERS NO. 2, LLP

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 520 South Fourth Street, Suite 360, Las Vegas, Nevada

I hereby certify that on December 3, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

David A. Rosenberg, darosenberg@7trustee.net

Valerie L. Del Grosso, Valerie@delgrossolaw.com

David W. Huston, smcoll@aol.com

I further certify that on December 3, 2014, I served the above-described documents by U.S. Mail on the following, who is not registered participants of the CM/ECF System:

James Terrell Braxton
29618 Arroyo Drive
Irvine, CA 92617

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December, 2014, at Las Vegas, Nevada.

*/s/ Nicole Lane*
NICOLE L. LANE