PITE DUNCAN, LLP
LAUREL I. HANDLEY (NV Bar #9576)
KRISTA J. NIELSON (NV Bar #10698)
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 991-4630
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

Attorneys for CLEAR RECON CORP. and NATIONSTAR MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JAMES TERREL BRAXTON,<br><br>Debtor. | Case No. BK-S-13-15810-BTB<br>Chapter 7<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE ORDER SELLING PROPERTY FREE AND CLEAR OF ALL LIENS AGAINST NATIONSTAR MORTGAGE and to SET HEARING TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>Hearing Date: January 20, 2015<br>Hearing Time: 1:30 p.m. |

Clear Recon Corp., and Interested Party, Phoenix Las Vegas Realty Partners No. 2, LLP (hereinafter "Phoenix"), by and through their respective counsel of record hereby agree to the following Stipulation to Continue the hearing on Phoenix's Motion to Enforce Order Selling Property Free and Clear of All Liens Against Nationstar Mortgage and to Set Hearing to Show Cause for Failure to Comply with Court Order [Dkt. 61] in regard to the Real Property commonly described as 3930 Legend Hills Street, Unit 102, Las Vegas, Nevada 89129 (hereinafter the "Real Property"). In support of the Stipulation the parties represent as follows:

1.  The parties have agreed to a continuance of the hearing on the Motion to Enforce Order Selling Property Free and Clear of Liens to a date at the Court's earliest convenience; and

2. The parties are negotiation a settlement and request that the hearing be continued.

## STIPULATION

Based upon the foregoing representations, the parties stipulate that the hearing on the Motion to Enforce Order Selling Property Free and Clear of Liens, currently scheduled for January 20, 2015, at 1:30 p.m., be continued to February 17, 2015, at 1:30 p.m.

IT IS SO STIPULATED:             PITE DUNCAN, LLP

Dated: 1/14/15                    By: /s/ 
                                  LAUREL I. HANDLEY
                                  KRISTA J. NIELSON
                                  Attorney for CLEAR RECON CORP. and NATIONSTAR MORTGAGE, LLC

                                  DEL GROSSO LAW, LTD.

Dated: 1/14/2015                  By: /s/Valerie L. Del Grosso
                                  VALERIE L. DEL GROSSO
                                  Attorney for PHOENIX LAS VEGAS REALTY PARTNERS NO. 2, LLP

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 520 South Fourth Street, Suite 360, Las Vegas, Nevada

I hereby certify that on January 14, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

David A. Rosenberg, darosenberg@7trustee.net

Valerie L. Del Grosso, Valerie@delgrossolaw.com

David W. Huston, smcoll@aol.com

Wolfe Thompson, wolfe@wolfelawyer.com

I further certify that on January 14, 2015, I served the above-described documents by U.S. Mail on the following, who is not registered participants of the CM/ECF System:

James Terrell Braxton
29618 Arroyo Drive
Irvine, CA 92617

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14 day of January, 2015, at Las Vegas, Nevada.

*/s/ Nicole Lane*
NICOLE L. LANE