Valerie Del Grosso, Esq.
Nevada Bar No. 11103
Del Grosso Law, Ltd.
11426 Ogden Mills Drive #101
Las Vegas, NV 89135
(702) 900-1470
valerie@delgrossolaw.com
Attorney for Interested Party
Phoenix LV Realty Partners No. 2. LLP

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re James Terrel Braxton,<br><br>      Debtor. | Case No.: BK-S-13-15810-BTB<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE ORDER SELLING PROPERTY FREE AND CLEAR OF ALL LIENS AGAINST NATIONSTAR MORTGAGE and TO SET HEARING TO SHOW CAUSE FOR FAILURE TO COMPLY WITH COURT ORDER [DOCKET 61]** |

Phoenix LV Realty Partners No. 2, LLP ("Phoenix"), through undersigned counsel, hereby withdraws its Motion to Enforce Order and to Set Hearing to Show Cause [Docket 61], on file herein.

Phoenix filed the aforementioned Motion on October 20, 2014.

Phoenix respectfully requests that the Court remove from its calendar the hearing associated with this Motion.

Dated this 22nd day of February, 2015

s/ Valerie Del Grosso, Esq.
Valerie Del Grosso, Esq.
Attorney for Phoenix LV Realty Partners No. 2, LLP

1