Valerie Del Grosso, Esq.
Nevada Bar No. 11103
Del Grosso Law, Ltd.
11426 Ogden Mills Drive #101
Las Vegas, NV 89135
(702) 900-1470
valerie@delgrossolaw.com
Attorney for Interested Party
Phoenix LV Realty Partners No. 2. LLP

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re James Terrel Braxton, | ) | Case No.: BK-S-13-15810-BTB |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |

THE UNDERSIGNED HEREBY CERTIFIES, under penalty of perjury, that on February 22, 2015, I electronically filed and served the Notice of Withdrawal of Motion with the United States Bankruptcy Court for the District of Nevada through the CM/ECF system. Those parties identified on Exhibit A were served by this method.

Debtor James Terrel Braxton was served via U.S. mail, first class, postage prepaid, at 29618 Arroyo Drive, Irvine, CA 92617.

Dated this 22nd day of February, 2015

s/ Valerie Del Grosso, Esq.
Valerie Del Grosso, Esq.