# File a Notice:

[13-15810-btb JAMES TERREL BRAXTON](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: y | Debtor disposition: Standard Discharge | Judge: btb |
| Case Flag: BAPCPA, MEANSNO | | |

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from VALERIE L. DEL GROSSO entered on 2/22/2015 at 6:14 PM PST and filed on 2/22/2015

**Case Name:** JAMES TERREL BRAXTON
**Case Number:** 13-15810-btb
**Document Number:** 80

**Docket Text:**
Notice *of Withdrawal of Motion to Enforce Order and to Set Hearing to Show Cause [Docket 61]* Filed by VALERIE L. DEL GROSSO on behalf of PHOENIX LAS VEGAS REALTY PARTNERS, NO. 2, LLP (Related document(s)[61] Motion to Enforce filed by Interested Party PHOENIX LAS VEGAS REALTY PARTNERS, NO. 2, LLP) (DEL GROSSO, VALERIE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Withdrawal of Motion for filing.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/22/2015] [FileNumber=27405582-0
] [7279dd7285b97561fecafa9501a205583a30624f4517fd67a2020dbe1645ee56ffb
4032e7c36e312e22e62fa8b9f995fcfc0de022681861ffa65c0a2c1428c8e]]

**13-15810-btb Notice will be electronically mailed to:**

VALERIE L. DEL GROSSO on behalf of Interested Party PHOENIX LAS VEGAS REALTY PARTNERS, NO. 2, LLP
valerie@delgrossolaw.com

LAUREL I. HANDLEY on behalf of Creditor CLEAR RECON CORP.
lhandley@piteduncan.com

DAVID W. HUSTON on behalf of Creditor NEVADA ASSOCIATION SERVICES, INC.
smccoll@aol.com

KRISTA J. NIELSON on behalf of Creditor CLEAR RECON CORP.
knielson@piteduncan.com, nlane@piteduncan.com

KRISTA J. NIELSON on behalf of Creditor NATIONSTAR MORTGAGE, LLC
knielson@piteduncan.com, nlane@piteduncan.com

DAVID A ROSENBERG
darosenberg@7trustee.net, nv23@ecfcbis.com

DAVID A ROSENBERG on behalf of Trustee DAVID A ROSENBERG
darosenberg@7trustee.net, nv23@ecfcbis.com

WOLFE THOMPSON on behalf of Creditor NATIONSTAR MORTGAGE, LLC
advnotices@w-legal.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

**13-15810-btb Notice will not be electronically mailed to:**

JAMES TERREL BRAXTON
29618 ARROYO DRIVE
IRVINE, CA 92617

BOB DIAMOND
PLATINUM REAL ESTATE PROFESSIONALS
,